UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JEREMI D. GRAVES,
    Plaintiff,

Case No. 19-C-0798

v.

District Judge Lynn Adelman

BRIDGEMAN FOODS and ROLANDO MALDONADO,
    Defendants.

## DEFENDANT BRIDGEMAN FOODS' RULE 7.1 AND CIV. L.R. 7.1 STATEMENT

The undersigned counsel furnishes the following in compliance with Fed. R. Civ. P. 7.1 and Civ. L. R. 7.1:

WENDY'S BRIDGEMAN FOODS II, INC., improperly named as "Bridgeman Foods," is a Wisconsin corporation. No publically held corporation owns 10% or more of its stock.

The law firm SmithAmundsen, LLC will appear on behalf of WENDY'S BRIDGEMAN FOODS II, INC. and ROLANDO MALDONADO.

Dated: September 3, 2019    Respectfully submitted,

    By:  /s/   Deborah Krukowski

SMITHAMUNDSEN LLC
Deborah Krukowski, Esq. (Bar No. 1022409)
330 East Kilbourn Avenue,
Suite 1100, Tower 1
Milwaukee WI 53202-3170
(414) 847-6142 – Telephone
dkrukowski@salawus.com
**ATTORNEYS FOR DEFENDANTS WENDY'S BRIDGEMAN FOODS II, INC. and ROLANDO MALDONADO**